IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING J. McKOY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to file supplemental memorandum of law in support of defendant's 18 U.S.C. § 3582(c)(2) motion in light of the Eighth Circuit Court of Appeals December 30th, 2011, remand back to this Court for further proceedings (Filing No. 473). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until February 20, 2012, to submit his supplemental memorandum.

DATED this 23rd day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court