IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING J. McKOY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for additional time to submit response (Filing No. 479). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff motion is granted; plaintiff shall have until April 11, 2012, to file a reply to defendant's brief in support of his motion to reduce sentence.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court