IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING J. McKOY, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant is not entitled to a reduction of his sentence. The terms and conditions of the amended judgment and committal order (Filing No. 251) remain in full force and effect.

2) Defendant's motion to supplement pending § 3582(c)(2) motion (Filing No. 481) is granted. The supplement is deemed filed.

DATED this 19th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court