IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR290 |
| v. | ) | |
| STERLING J. McKOY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to supplement pending motion to reconsider the denial of § 3582(c)(2) (Filing No. 490). The Court finds the motion should be granted. However, the cases cited do not impact the decision of the Court and its previous order (Filing No. 489) denying his motion to reconsider (Filing No. 488). Accordingly,

IT IS ORDERED that defendant's motion to supplement his motion to reconsider the denial of § 3582(c)(2) motion is granted. The Court's previous ruling on his motion to reconsider remains in full force and effect.

DATED this 31st day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court