IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING MCKOY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 492) the denial of his 3582(c)(2) motion. The Court will permit defendant to appeal *in forma pauperis*. Accordingly,

IT IS ORDERED that a certificate of appealability is issued and defendant may proceed on appeal *in forma pauperis*.

DATED this 6th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court