IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| RASHAD MCKAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of
defendant Rashad McKay for reconsideration (Filing No. 502) of
his motion for a reduction in sentence (Filing No. 466).  Having
reviewed the record, the Court finds no reason to reconsider its
original order.  Consistent with the Court's previous orders,
defendant continues to receive credit for time served on his
current one hundred sixty-eight (168) month sentence.
Accordingly,

IT IS ORDERED:

1) Defendant's motion for reconsideration is denied.

2) Defendant's sentence remains one hundred sixty-eight
(168) months (Filing No. 408).  Defendant shall receive credit
for all time served.

DATED this 12th day of September 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court